**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**AMERICAN FIDELITY ASSURANCE COMPANY**            **PLAINTIFF**

**VS.**

                           **CIVIL ACTION NO. 3:22-cv-45-GHD-RP**

**ALANA SIMPSON, MAKENNA SIMPSON,
BRANDEN SIMPSON, CYNTHIA SIMPSON,
AND THE ESTATE OF WILLIAM B. SIMPSON, DECEASED**        **DEFENDANTS**

## ORDER GRANTING MOTION TO DEPOSIT FUNDS

Presently before the Court in this interpleader action is the Plaintiff's Motion [13] to deposit policy proceeds, plus interest, into the Registry of the Court. The Court, having considered the motion and being advised that the Defendants who have made an appearance in the action have no objection to it, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Plaintiff's motion [13] to deposit funds in this interpleader action is GRANTED. The Plaintiff is hereby granted leave to deposit funds in the amount of $101,793.59, representing policy proceeds, premium refunds, and interest, into the Registry of the Court.

The Plaintiff shall deposit $101,793.59 by check or money order, made payable to "U.S. District Court," and delivered, together with a copy of this Order, to the Clerk of the Court, as soon as practicable after funds are available, or no later than June 30, 2022. The Clerk of Court is directed to deposit the funds into an interest bearing account with an authorized depository, as specified in the Order Regarding Deposit and Investment of Registry Funds, dated February 8, 2017, and to retain such funds on deposit until further order of the Court.

This Court further finds and concludes that the funds to be deposited are interpleader funds, or other funds which qualify as "disputed ownership funds" as that term is defined by the Internal Revenue Service (26 C.F.R. §1.468B-9(b)(1)). Accordingly, the Administrative Office of the United States Courts is hereby authorized and directed to administer the funds, charge fees, and withhold and pay taxes, under its Disputed Ownership Funds system (CRIS DOF).

SO ORDERED AND ADJUDGED, this the __1st__ day of June, 2022.

_____
SENIOR U.S. DISTRICT JUDGE