IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AMERICAN FIDELITY ASSURANCE COMPANY          PLAINTIFF

VERSES                    CIVIL ACTION NO. 3:22CV045-GJD-RP

ALANA SIMPSON, MAKENNA SIMPSON
BRADEN SIMPSON, CYNTHIA SIMPSON,
AND THE ESTATE OF WILLIAM B. SIMPSON, DECEASED          DEFENDANTS

### ORDER FOR DISBURSEMENT
### OF INTERPLED FUNDS AND DISMISSAL OF CLAIMS

Presently before the Court in this interpleader action is the Defendant's, Estate of William B. Simpson, Deceased, motion [19] to for entry of an order for disbursement of interpled funds and dismissal of interpleader. The Court, having considered the motion and being advised that the Defendants who have made an appearance in the action have been noticed, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Defendant's motion for disbursement of interpled funds and dismissal of interpleader [19] is GRANTED. The Clerk of Court is hereby directed to disburse the sum of $94,617.83 (which is the original interpled amount of $101,846.83 minus $7,229.00 in previously disbursed attorney fees) plus any accrued interest to the Clerk of the Chancery Court of Tate County, Mississippi, 201 S. Ward Street, Senatobia, MS 38668. to be held in the state court registry on behalf of the Estate of William B. Simpson, deceased, pending further orders of the Chancery Court of Tate County, Mississippi., with regard to the Estate of William B. Simpson, deceased. The parties' claims in this case are DISMISSED WITHOUT PREJUDICE and this case is CLOSED.

SO ORDERED, this the 12th day of July, 2022.

SENIOR U.S. DISTRICT JUDGE